United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-10698-sr
Doralene H. Govan                                                         Chapter 13
Jonathan C. Davis
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia           Page 1 of 1            Date Rcvd: Jan 12, 2017
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
13105714         Goldman Sachs Mortgage Company,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                  P.O. Box 24605,   West Palm Beach, FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MITCHELL A. SOMMERS    on behalf of Plaintiff Doralene H. Govan sommersesq@aol.com,   kjober@ptd.net
              MITCHELL A. SOMMERS    on behalf of Joint Debtor Jonathan C. Davis sommersesq@aol.com,
               kjober@ptd.net
              MITCHELL A. SOMMERS    on behalf of Plaintiff Jonathan C. Davis sommersesq@aol.com,   kjober@ptd.net
              MITCHELL A. SOMMERS    on behalf of Debtor Doralene H. Govan sommersesq@aol.com,   kjober@ptd.net
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SALVATORE   CAROLLO    on behalf of Creditor   Ocwen Loan Servicing, LLC ldoyle@udren.com,
               cblack@udren.com
              SALVATORE   CAROLLO    on behalf of Creditor   Goldman Sachs Mortgage Company ldoyle@udren.com,
               cblack@udren.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor   Goldman Sachs Mortgage Company
               sbraunstein@udren.com,   vbarber@udren.com
              THOMAS I. PULEO    on behalf of Creditor   MTGLQ INVESTORS, L.P. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 12

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-10698-sr
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Doralene H. Govan<br>742 Hamilton Street<br>Lancaster PA 17602 | Jonathan C. Davis<br>742 Hamilton Street<br>Lancaster PA 17602 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/11/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: Goldman Sachs Mortgage Company, c/o Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 | MTGLQ Investors, L.P.<br>c/o Rushmore Loan Management Services<br>P.O. Box 52708<br>Irvine, CA 92619-2708 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    01/14/17

Tim McGrath
**CLERK OF THE COURT**