```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                         Case No. 13-10698-jkf
Doralene H. Govan                                              Chapter 13
Jonathan C. Davis
        Debtors              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Virginia               Page 1 of 2          Date Rcvd: May 18, 2018
                              Form ID: 138NEW              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2018.
db/jdb         +Doralene H. Govan,    Jonathan C. Davis,    742 Hamilton Street,    Lancaster, PA 17602-2172
12957368        Appalachian State University,    PO Box 1112,    Wixom, MI 48393
12957369        Aspire,    PO Box 105555,    Atlanta, GA 30348-5555
12957370       +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
12957371       +Department of Education,    PO Box 740283,    Atlanta, GA 30374-0283
13105714        Goldman Sachs Mortgage Company,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. Box 24605,    West Palm Beach, FL 33416-4605
12957372        Household Finance,    PO Box 4153,    Carol Stream, IL 60197-4153
13849675        MTGLQ Investors, L.P.,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708
13255292       +Mitchell A. Sommers, Esquire,    107 West Main Street,    Ephrata, PA 17522-2014
12957375        NAFS,    165 Lawrence Dr, STE 100,    Williamsville, NY
12957377        Orchard Bank,    Bank Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
12957380       +United Credit Union,    2137 Embassy Drive, STE 101,    Lancaster, PA 17603-2877

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 19 2018 01:59:07     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 19 2018 01:58:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 19 2018 01:58:51     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: blegal@phfa.org May 19 2018 01:58:42     PHFA-HEMAP,    211 North Front Street,
                 Harrisburg, PA 17101-1466
13041435       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 19 2018 01:58:39     Asset Acceptance LLC,
                 Po Box 2036,    Warren MI 48090-2036
12957370       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 19 2018 01:59:42     Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
12963590       +E-mail/Text: bankruptcy@cavps.com May 19 2018 01:58:48     Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
12957373       +E-mail/PDF: gecsedi@recoverycorp.com May 19 2018 01:59:48      JCPenney,    PO Box 981131,
                 El Paso, TX 79998-1131
13084711        E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2018 01:59:35
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13084715        E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2018 01:59:35
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12957376       +Fax: 407-737-5634 May 19 2018 03:13:29      Ocwen,    1661 Worthington Rd., STE 100,
                 West Palm Beach, FL 33409-6493
13000784        E-mail/Text: blegal@phfa.org May 19 2018 01:58:42     PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
12957378        E-mail/Text: blegal@phfa.org May 19 2018 01:58:42     PHFA,    PO Box 15057,
                 Harrisburg, PA 17105-5057
13084710       +E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2018 01:59:34
                 PYOD, LLC its successors and assigns as assignee,    of General Electric Capital Corporation,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
12957379        E-mail/PDF: pa_dc_claims@navient.com May 19 2018 01:59:42     Sallie Mae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12957374     ##+Jenell Davis,    12631 Atkins Circle Drive, Apt. 201,    Charlotte, NC 28277-3456
13178562     ##+Rion Needs, CEO,    Asset Acceptance LLC,    28405 Van Dyke Avenue,    Warren MI 48093-7132
                                                                                               TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: May 18, 2018
                              Form ID: 138NEW             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2018 at the address(es) listed below:
              DAVID   NEEREN     on behalf of Creditor    MTGLQ Investors, L.P. dneeren@udren.com,
               vbarber@udren.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JADA S. GREENHOWE    on behalf of Creditor    PHFA-HEMAP jgreenhowe@phfa.org
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD     on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
              MITCHELL A. SOMMERS     on behalf of Debtor Doralene H. Govan sommersesq@aol.com, kjober@ptd.net
              MITCHELL A. SOMMERS     on behalf of Plaintiff Doralene H. Govan sommersesq@aol.com, kjober@ptd.net
              MITCHELL A. SOMMERS     on behalf of Joint Debtor Jonathan C. Davis sommersesq@aol.com,
               kjober@ptd.net
              MITCHELL A. SOMMERS     on behalf of Plaintiff Jonathan C. Davis sommersesq@aol.com, kjober@ptd.net
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SALVATORE   CAROLLO     on behalf of Creditor    Ocwen Loan Servicing, LLC ldoyle@udren.com,
               cblack@udren.com
              SALVATORE   CAROLLO     on behalf of Creditor    Goldman Sachs Mortgage Company ldoyle@udren.com,
               cblack@udren.com
              SHERRI J. BRAUNSTEIN     on behalf of Creditor    Goldman Sachs Mortgage Company
               sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
              THOMAS I. PULEO     on behalf of Creditor    MTGLQ INVESTORS, L.P. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 15
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Doralene H. Govan and Jonathan C. Davis

        Debtor(s)                                Bankruptcy No: 13−10698−jkf

                                                        Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                    For The Court

                                                    Timothy B. McGrath
                                                    Clerk of Court

Dated: 5/18/18