United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Doralene H. Govan  
Jonathan C. Davis  
    Debtors

Case No. 13-10698-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jun 21, 2018  
Form ID: 212     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
db      +Doralene H. Govan,    742 Hamilton Street,    Lancaster, PA 17602-2172

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:

     DAVID NEEREN    on behalf of Creditor    MTGLQ Investors, L.P. dneeren@udren.com, vbarber@udren.com  
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
     JADA S. GREENHOWE    on behalf of Creditor    PHFA-HEMAP jgreenhowe@phfa.org  
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
     KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com  
     MITCHELL A. SOMMERS    on behalf of Plaintiff Doralene H. Govan sommersesq@aol.com, kjober@ptd.net  
     MITCHELL A. SOMMERS    on behalf of Joint Debtor Jonathan C. Davis sommersesq@aol.com, kjober@ptd.net  
     MITCHELL A. SOMMERS    on behalf of Plaintiff Jonathan C. Davis sommersesq@aol.com, kjober@ptd.net  
     MITCHELL A. SOMMERS    on behalf of Debtor Doralene H. Govan sommersesq@aol.com, kjober@ptd.net  
     POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
     SALVATORE CAROLLO    on behalf of Creditor    Goldman Sachs Mortgage Company ldoyle@udren.com, cblack@udren.com  
     SALVATORE CAROLLO    on behalf of Creditor    Ocwen Loan Servicing, LLC ldoyle@udren.com, cblack@udren.com  
     SHERRI J. Smith    on behalf of Creditor    Goldman Sachs Mortgage Company sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com  
     THOMAS I. PULEO    on behalf of Creditor    MTGLQ INVESTORS, L.P. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

           TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                          Chapter: 13

    Doralene H. Govan and Jonathan C. Davis

Debtor(s)                                                                                   Case No: 13−10698−jkf

___

*ORDER*

    AND NOW, 6/21/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Jean K. FitzSimon

Judge ,United States Bankruptcy Court