United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-10698-jkf
Doralene H. Govan                                                       Chapter 13
Jonathan C. Davis
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia          Page 1 of 1          Date Rcvd: Jul 06, 2018
                            Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2018.
db/jdb        +Doralene H. Govan,   Jonathan C. Davis,   742 Hamilton Street,   Lancaster, PA 17602-2172

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2018 at the address(es) listed below:
              DAVID   NEEREN    on behalf of Creditor    MTGLQ Investors, L.P. dneeren@udren.com,
               vbarber@udren.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JADA S. GREENHOWE    on behalf of Creditor    PHFA-HEMAP jgreenhowe@phfa.org
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD     on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
              MITCHELL A. SOMMERS     on behalf of Plaintiff Doralene H. Govan sommersesq@aol.com,    kjober@ptd.net
              MITCHELL A. SOMMERS     on behalf of Joint Debtor Jonathan C. Davis sommersesq@aol.com,
               kjober@ptd.net
              MITCHELL A. SOMMERS     on behalf of Plaintiff Jonathan C. Davis sommersesq@aol.com,   kjober@ptd.net
              MITCHELL A. SOMMERS     on behalf of Debtor Doralene H. Govan sommersesq@aol.com,    kjober@ptd.net
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SALVATORE   CAROLLO    on behalf of Creditor    Ocwen Loan Servicing, LLC ldoyle@udren.com,
               cblack@udren.com
              SALVATORE   CAROLLO    on behalf of Creditor    Goldman Sachs Mortgage Company ldoyle@udren.com,
               cblack@udren.com
              SHERRI J. Smith    on behalf of Creditor    Goldman Sachs Mortgage Company
               sherri.braunstein@phelanhallinan.com,    pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    MTGLQ INVESTORS, L.P. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Doralene H. Govan and Jonathan C. Davis             : Case No. 13–10698–jkf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , July 6, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

102
Form 195